# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS JUAREZ AGUIRRE,<br><br>　　　　Petitioner,<br><br>　v.<br><br>CONNIE GIPSON, Warden,<br><br>　　　　Respondent. | Case No.: 1:13-cv-00167-LJO-JLT<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME (Doc. 9)<br><br>THIRTY DAY DEADLINE |

Petitioner is a state prisoner proceeding in propria persona with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The instant petition was filed on February 4, 2013. (Doc. 1) On February 11, 2013, the Court ordered Respondent to file a response to the petition within 60 days. (Doc. 4) On April 11, 2013, Respondent filed the instant motion for a 30-day extension of time to file a response, citing the need to conduct research into Petitioner's allegations. (Doc. 9)

GOOD CAUSE having been show, the Court HEREBY ORDERS that Respondent's motion for extension of time (Doc. 9), is GRANTED. Respondent is granted thirty days from the date of service of this order within which to file a response to the petition.

IT IS SO ORDERED.

　Dated:　**April 18, 2013**　　　　　　　　　／s／ **Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE